**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2021

<u>By ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** <u>United States v. Mariah Jaquez</u>
**21 Cr. 190 (JPO)**

Dear Judge Oetken,

    We write to respectfully request that the Court adjourn the conference, currently scheduled for June 10, 2021, for approximately 45 days. The government by Assistant United States Attorney Rebecca Dell consents to this request.

    Undersigned counsel is in the process of preparing a mitigation submission for the government's consideration. The requested adjournment will enable us to complete that process.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

Respectfully submitted,

/s/
Sylvie Levine
Ian Marcus Amelkin
Counsel for Ms. Jaquez

> Granted. The June 10, 2021 pretrial conference is adjourned to August 6, 2021 at 12:00 pm.
> The Court hereby excludes time through August 6, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> May 27, 2021

_____
J. PAUL OETKEN
United States District Judge