

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   <u>*United States v. Mariah Jaquez*, 21 Cr. 190 (JPO)</u>

Dear Judge Oetken:

      On June 7, 2021, the defendant filed a motion to dismiss the indictment. (Doc. Nos. 51 & 52.) The Government and defense counsel have conferred and respectfully request the briefing schedule below:

- June 30, 2021: Government Opposition Due
- July 7, 2021: Defendant Reply Due

> Granted.
> The proposed schedule is approved.
> So ordered.
> June 10, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:  /s/ Rebecca T. Dell
     Rebecca T. Dell
     Assistant United States Attorney
     (212) 637-2198

J. PAUL OETKEN
United States District Judge

cc:    Sylvie Levine, Esq. (ECF)
       Ian Marcus Amelkin, Esq. (By ECF)