```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:21-cr-00190-JPO-3
    -against-                       :
                                    :   ORDER
Mariah Jaquez                       :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

**J. Paul Oetken, United States District Judge:**

It is hereby **ORDERED** that the defendant's bond be modified to remove the condition that the defendant reside with Dionely Lopez and add the condition that the defendant must reside in a residence approved by Pretrial Services and not relocate without prior approval.

Dated: New York, New York
       July 9, 2021

                        **SO ORDERED:**

                        _____
                        J. PAUL OETKEN
                        United States District Judge