**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 27, 2021

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

   Re: **United States v. Mariah Jaquez**
      **21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

  The defense writes with the consent of the Government to respectfully request the adjournment of Ms. Jaquez's next conference from January 12, 2022 for at least 45 days to continue plea negotiations. The defense waives Speedy Trial Act time until the date set by the Court.

> Granted. The January 12, 2022 pretrial conference is adjourned to March 15, 2022, at 2:00 pm. The Court hereby excludes time through March 15, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: January 5, 2022

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

J. PAUL OETKEN
United States District Judge