**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 15, 2022

<u>VIA ECF</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Mariah Jaquez**
      21 Cr 190-3 (JPO)

Dear Judge Oetken:

    I write with the consent of the Government and Pretrial Services to amend Ms. Jaquez's bail to allow her to move to the District of Rhode Island and live with the family of her second child's father. The District of Rhode Island Pretrial Services has agreed to supervise Ms. Jaquez. All other conditions will remain unchanged. Thank you for the Court's consideration.

> Granted.
> So ordered.
> 7/18/2022

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

*/s/ J. Paul Oetken*
J. PAUL OETKEN
United States District Judge