**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 2, 2022

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

    Re:  **United States v. Mariah Jaquez**
           **21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

    The defense writes to request the Court allow Pretrial to temporarily extend Ms. Jaquez's curfew to midnight on Sunday, August 7 to allow her to attend the Providence, RI Dominican Festival & Parade. She plans to attend the festivities and then attend a restaurant later in the evening with the people she is living with. The Government defers to Pretrial and Ms. Jaquez's Rhode Island officer defers to the Court. Her officer informed the defense that Ms. Jaquez has been fully compliant with the terms of her release since she moved to the District.

Granted.
So ordered.
8/2/2022

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

J. PAUL OETKEN
United States District Judge