**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2022

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

    Re:   **United States v. Mariah Jaquez**
             **21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

    The defense writes to request the Court allow Pretrial to temporarily extend Ms. Jaquez's curfew to 2 AM on Saturday (into Sunday), August, 27, 2022 and Sunday (into Monday), September 11, 2022 to allow her to attend two birthday dinners and parties in Providence, RI with the people she is living with. The Government defers to Pretrial and Ms. Jaquez's officers defer to the Court. Ms. Jaquez recently got a job at the UPS Customer Service Center near her home, and she is in training and enjoying the work.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

Granted.
So ordered.
8/25/2022

J. PAUL OETKEN
United States District Judge