**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 6, 2022

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

Re: **United States v. Mariah Jaquez**
**21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

Apologies to the Court for the additional submission. The defense withdraws its prior request and instead writes with the consent of Pretrial and the Government to allow Ms. Jaquez to travel from Rhode Island to the Bronx to visit her family on Saturday, September 10 and returning on Sunday, September 11. She will inform her Pretrial Officer of the address where she is staying. Thank you for your consideration and have a good long weekend.

Granted.
So ordered.
9/8/2022

Respectfully submitted,

/s/ 
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

J. PAUL OETKEN
United States District Judge