# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2022

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Mariah Jaquez**
21 Cr 190-3 (JPO)

Dear Judge Oetken:

I write with the consent of the Government to request that the Court adjourn the next conference scheduled in the above captioned case from Wednesday, November 9, 2022 for at least 60 days. The defense waives Speedy Trial Act time until the date set by the Court. This adjournment will allow the defense and the Government to continue to work towards a disposition.

> Granted. The November 9, 2022 pretrial conference as to defendants Mariah Jaquez and Amy Reyes is adjourned to December 20, 2022, at 12:00 pm. The Court does not anticipate granting further extensions absent compelling circumstances. Time is hereby excluded through December 20, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered.
> 11/2/2022

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

J. PAUL OETKEN
United States District Judge