**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2023

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

   Re:  **United States v. Mariah Jaquez**
      **21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

  The defense writes to request the Court extend Ms. Jaquez's curfew on Friday, February 3, 2023 to 3 AM on Saturday morning. Ms. Jaquez will be attending a family friend's surprise birthday party that is expected to go to around 2 AM, and then she will need to travel home. Pretrial Services defers to the Court and the Government defers to Pretrial. Thank you for the Court's consideration.

Granted.
So ordered.
 2/2/2023

J. PAUL OETKEN
United States District Judge

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:  AUSA Rebecca Dell, Esq.