**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 8, 2023

**BY ECF**

The Honorable J. Paul Oekten
Southern District of New York
40 Foley Plaza
New York, NY 10007

      Re:    **United States v. Mariah Jaquez**
             **21 Cr. 190-3 (JPO)**

Dear Judge Oetken:

      The defense writes with the consent of Pretrial Services to request the Court extend Ms. Jaquez's curfew to 11 PM for work purposes going forward. Ms. Jaquez will begin working for Uber Eats soon, and this will allow her to earn additional money doing deliveries. The Government defers to Pretrial. Thank you for the Court's consideration.

> Granted.
> Defendant's curfew is hereby extended to 11:00 pm for work purposes only.
>   So ordered.
>   2/9/2023

Respectfully submitted,

/s/ *[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

*[signature]*
J. PAUL OETKEN
United States District Judge