# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2023

**VIA ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Mariah Jaquez**
21 Cr 190-3 (JPO)

Dear Judge Oetken:

I write on behalf of all the defendants with the consent of the Government to request that the Court adjourn the next conference scheduled in the above captioned case from Monday, March 20, 2023 for at least 30 days for the Government to continue to review the defendants' mitigation submissions. The defense waives Speedy Trial Act time until the date set by the Court. This adjournment will allow the defense and the Government to continue to work towards a disposition.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

> Granted. The March 20, 2023 pretrial conference is adjourned to April 19, 2023 at 11:00 am. The Court hereby excludes time through April 19, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 3/17/2023

_____
J. PAUL OETKEN
United States District Judge