**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 31, 2023

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Mariah Jaquez**
21 Cr 190-3 (JPO)

Dear Judge Oetken:

    I write to request the Court extend Ms. Jaquez's curfew until 3:00 AM on Saturday, April 1 and Sunday, April 2 for to attend two friends' birthday parties. Ms. Jaquez's curfew is already extended for work purposes. Pretrial objects as a matter of policy, and the Government defers to Pretrial. Thank you for the Court's consideration.

Granted.
So ordered.
3/31/2023

Yours Sincerely,

/s/ Ian H. Marcus Amelkin

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

J. PAUL OETKEN
United States District Judge