**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2023

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Mariah Jaquez**
      21 Cr 190-3 (JPO)

Dear Judge Oetken:

     I write to request the Court extend Ms. Jaquez's curfew until 3:00 AM on Saturday, July 15 and Sunday, April 16 for to attend two family events. For the Saturday into Sunday event, Ms. Jaquez further requests permission to travel to the Eastern District of Pennsylvania, as the event is across the border in Pennsylvania. Ms. Jaquez's curfew is already extended for work purposes. She has permission from her shelter to stay out late. She may not attend either party because she is in the late stage of her pregnancy, but she would like the option to attend if she is able to do so. Pretrial and the Government oppose this request. Thank you for the Court's consideration.

Denied.

7/14/2023

Yours Sincerely,

/s/ Ian H. Marcus Amelkin

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

J. PAUL OETKEN
United States District Judge