**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 31, 2023

<u>**VIA ECF**</u>

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Mariah Jaquez**
      21 Cr 190-3 (JPO)

Dear Judge Oetken:

    I write to respectfully request the Court quash the arrest warrant issued for Mariah Jaquez and issue a summons for her to appear tomorrow at 1:30 PM for her initial appearance on the violation of supervised release.

    At no time since the Court sentenced her has Ms. Jaquez's whereabouts been unknown. Counsel emailed Probation on October 16, 2023 that Ms. Jaquez's phone was broken. Probation did not write back. Social worker Brittany Larsen and Ms. Jaquez called her Probation Officer on the same day and left a message. Probation did not call Ms. Larsen back. After Ms. Jaquez's phone was fixed, she texted her officer. She has registered as a sex offender as required. She will voluntarily appear tomorrow, as she did for each of her court appearances in this matter.

    Quashing the warrant and converting to a summons will spare Ms. Jaquez from being booked and held in the cells for hours before Court. This is the most appropriate course as Ms. Jaquez plans to voluntarily appear. Counsel has informed the U.S. Marshals of her intention to voluntarily appear. The defense is prepared to go immediately to a hearing on these specifications. The defense expects that neither specification will be substantiated. Counsel reached out to Probation to try to resolve the matter described in the second specification. Probation did not write back.

                                        Yours Sincerely,

                                        Ian H. Marcus Amelkin
                                        Assistant Federal Defender
                                        Federal Defenders of New York
                                        Tel: (212) 417-8733

CC: Rebecca Dell, AUSA (via ECF)

> Granted.
> So ordered.
> 11/1/2023

*/s/ J. Paul Oetken*
_____
J. PAUL OETKEN
United States District Judge